

**FILED**

JUL 03 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JON MOHATT,<br><br>Relator,<br><br>vs.<br><br>HEALTHCENTER NORTHWEST, LLC; FLATHEAD PHYSICIAN GROUP, LCC; NORTHWEST HORIZONS, LLC; NORTHWEST ORTHOPEDICS & SPORTS MEDICINE, LLC; APPLIED HEALTH SERVICES, INC.; and JOHN DOES 1 – 100,<br><br>Defendants. | CV 18–80–M–DWM<br><br><br>*SEALED*<br>ORDER |

Pending before the Court is the United States' unopposed motion to maintain the seal and extend the intervention deadline in this matter. (Doc. 6.) The United States represents that it and the defendants have agreed to the outline of settlement terms that would globally resolve the claims in both this matter and in *United States ex rel. Jon Mohatt v. Kalispell Regional Healthcare, et al.*, No. CV 16–125–M–DWM (*Mohatt I*), but that an additional three months is needed to finalize the proposed settlement. The United States has shown good cause to extend the seal

and intervention period. See 31 U.S.C. § 3730(b)(3). Accordingly,

IT IS ORDERED that the motion (Doc. 6) is GRANTED. This matter shall remain under seal up to and including October 9, 2018, and the United States shall have until that date to notify the Court of its decision regarding intervention. Any motion to extend the seal beyond that date must be filed at least seven (7) days prior to it.

DATED this 3rd day of July, 2018.

_____
Donald W. Molloy, District Judge
United States District Court