IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MONTANA, *ex rel.* JON MOHATT,<br><br>Relator,<br><br>vs.<br><br>HEALTHCENTER NORTHWEST, LLC, et al.,<br><br>Defendants. | Lead Case No.<br>CV 18–80–M–DWM<br><br>Member Case No.<br>CV 16–125–M–DWM<br><br>ORDER<br>*SEALED* |

Before the Court is the United States' Unopposed Motion to Consolidate the above-captioned cases. (Doc. 9.) There being common issues of fact and law, consolidation is appropriate pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. However, the partially-sealed status of CV 16–125–M–DWM and the sealed status of CV 18–80–M–DWM present administrative difficulties with the consolidation. Accordingly,

IT IS ORDERED that the United States' Unopposed Motion to Consolidate (Doc. 9) is GRANTED on the condition that there are no objections to the unsealing of Cause No. CV 16–125–M–DWM and Cause No. CV 18–80–M–DWM. Objections to the unsealing of these cases shall be filed by September 28, 2018. If no objections are filed by that date, the Clerk of Court is directed to

unseal Cause No. CV 16–125–M–DWM and Cause No. CV 18–80–M–DWM. Alternatively, the Clerk of Court is directed to unseal the two cases upon receiving notice that there are no objections.

IT IS FURTHER ORDERED that upon the unsealing of the cases consistent with this Order, the above-captioned cases are consolidated for all further proceedings under the case number CV 18–80–M–DWM and captioned as shown above. The Clerk of Court shall file this Order under seal in the docket for each case until the cases are fully unsealed. The defendants in each case shall separately file their answers, if any, under the respective original case numbers. All parties shall then file all documents in the lead case CV 18–80–M–DWM and spread the documents to the member case.

DATED this 25th day of September, 2018.

Donald W. Molloy, District Judge
United States District Court